AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| BIO-RAD LABORATORIES, INC., | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 17-469 |
| THERMO FISHER SCIENTIFIC INC., | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Thermo Fisher Scientific Inc.
    c/o Capitol Services, Inc. (registered agent)
    1675 S. State Street, Suite B
    Dover, DE 19901

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Steven J. Balick
    Ashby & Geddes
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/26/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-469

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thermo Fisher Scientific Inc.
was received by me on *(date)* 04/26/17 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lisa Witmer @ 12:07 p.m. , who is designated by law to accept service of process on behalf of *(name of organization)* Capitol Services Inc., 1675 S. State Street, Suite B, Dover, DE 19901 on *(date)* 04/26/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/26/2017

*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

1111B S. Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:

Additional documents served: Complaint for Patent Infringement w/exhibits

Description of person served: Caucasian female approximately 5'2", 110 lbs, 20-25 years old with brown hair and glasses.